**ORIGINAL**

1  Bridget A. Moorhead (SBN 166298)
   bamoorhead@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   3580 Carmel Mountain Road, Suite 300
3  San Diego, CA 92130
   Telephone:    858-31401599
4  Facsimile:    858-314-1501

5  Attorneys for Defendant TRANSAMERICA
   LIFE INSURANCE COMPANY

6

7

8

9                 UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALLIFORNIA

11

   FILED
   09 FEB 27 PM 4: 22
   CLERK, U.S. DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
   BY_____ DEP

   '09 CV 0406 H NLS

12  GERALD OWINGS, an individual,          Case No.

13            Plaintiff,

14       v.                               **TRANSAMERICA LIFE INSURANCE
                                          COMPANY'S NOTICE OF PARTY
15  TRANSAMERICA LIFE INSURANCE           WITH FINANCIAL INTEREST**
    COMPANY, a business entity of unknown form;
16  and DOES 1 through 10, inclusive,

17            Defendants.

18

19       In compliance with Civ. L.R. 40.2, Defendant TRANSAMERICA LIFE INSURANCE

20  COMPANY states that it is a publicly held corporation which is a member of the AEGON Group of

21  insurance companies.

22

23  Dated: February 27, 2009          **MINTZ LEVIN COHN FERRIS GLOVSKY**

24                                     **AND POPEO P.C.**

25

26                                     By *Bridget Moorhead*
                                       Bridget A. Moorhead
27                                     Attorneys for Defendant TRANSAMERICA LIFE
                                       INSURANCE COMPANY

28

                                       1

4552559v.1                                            Case No. _____